# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 11, 2018

### NO. 03-18-00090-CV

**Capital Surgeons Group, P.L.L.C., Appellant**

**v.**

**Bridget M. Brady, M.D., Appellee**

**APPEAL FROM THE 126TH DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE JUSTICES PURYEAR, GOODWIN, AND BOURLAND**
**DISMISSED ON JOINT MOTION—OPINION BY JUSTICE GOODWIN**

This is an appeal from the interlocutory order signed by the district court on January 24, 2018. The parties have filed a joint motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Each party shall bear its own costs relating to this appeal, both in this Court and in the court below.